No. 67920.—Jermi Silk, Inc. v. United States, protests 58/19472, etc. (New York.)

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon shoe material similar in use to manufactures of silk and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 67921.—Pacific Import Co., Inc., et al. v. United States, protests 61/18961, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiffs was sustained.

No. 67922.—Montgomery Ward & Company v. United States, protest 62/3208 (Seattle).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiff was sustained.

AUGUST 6, 1963

No. 67923.—The Rembar Co., Inc. v. United States, protests 61/24234 and 61/24236.   Protests abandoned June 14, 1963.   (Initial No. 61/17710.)   (Not published.)   Plaintiff's application for rehearing granted.